UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

-v-

JESUS ALBERTO BAUTISTA SUERO

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

S2   23 Cr. 279 (LTS)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Ni Qian, James Ligtenberg

It is found that the Indictment in the above-captioned action, S2 23 Cr. 279, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore

ORDERED that the Indictment, S2 23 Cr. 279, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         February 16, 2024

_____
THE HONORABLE GARY STEIN
UNITED STATES MAGISTRATE JUDGE