

Elena Fast, Esq.
Tel (212) 729-9494
elena@fastlawpc.com

521 Fifth Avenue, 17 Floor
New York, NY 10175

March 19, 2024

**Via ECF**

Hon. Judge Laura Taylor Swain
U.S. District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

Re:   **United States v. Jesus Alberto Bautista Suero**
      23 CR 279

Dear Judge Swain:

I represent Mr. Bautista Suero on the above captioned matter. I write with the consent of the Government and Pre-Trial to respectfully request a modification in Mr. Suero's conditions of release.

Presently, Mr. Bautista Suero's conditions of release limit his travel to EDNY and SDNY. Pre-Trial Officer Ashley Cosme informed me that Mr. Bautista Suero may have an open criminal case in Pennsylvania, which may require case-related travel for court appearances and/or retrieval of property seized by the Bethlehem Township Police Department.

As such, I am respectfully seeking that the conditions of Mr. Bautista Suero's release be expanded to include travel to Pennsylvania for court-related purposes only. Both Pre-Trial Officer Ashley Cosme and AUSA Ni Qian have no objection to this request.

Thank you for your time and consideration of this request.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
Counsel for Jesus Alberto Bautista Suero

cc:   all counsel of record via ECF

The foregoing request is granted. DE 144 resolved.
SO ORDERED.
3/20/2024
/s/ Laura Taylor Swain, Chief USDJ