UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                           No.  23-CR-279-LTS
                                                               No.  22-CR-539-LTS

ADONYS CASTILLO et al,

       Defendants.

-------------------------------------------------------x

## ORDER

The Court has received and reviewed the Government's letter request (1) to adjourn the pretrial conference scheduled for **July 25, 2024, at 12:30 p.m**., and (2) to set a schedule for pretrial motions.  (Docket entry no. 171.)

The pretrial conference in this matter is hereby adjourned to **September 9, 2024, at 2:00 p.m.**  The corresponding status conference in Mr. Araujo's separate case, No. 22-cr-559, is hereby adjourned to **September 9, 2024, at 2:30 p.m**.  The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through **September 9, 2024**, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated in the Government's letter request.

The motion filing deadline in this matter is **August 6, 2024.**  The Government shall file its response, stating its position as to whether an evidentiary hearing is necessary if a request for such a hearing is requested in connection with a motion, by **September 3, 2024**, and any replies shall be due on **September 17, 2024.**

This Order resolves docket entry no. 171 in Case No. 23-CR-279.

SO ORDERED.

Dated: New York, New York         /s/ Laura Taylor Swain
    June 18, 2024         LAURA TAYLOR SWAIN
                                                     Chief United States District Judge