

Elena Fast, Esq.
Tel (212) 729-9494
elena@fastlawpc.com

521 Fifth Avenue, 17 Floor
New York, NY 10175

August 15, 2024

**Via ECF**
Hon. Laura Taylor Swain
U.S. District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re: United States v. Jesus Alberto Bautista Suero, 23-Cr-279 (LTS)
Request to Amend Pre-Trial Conditions to Permit Travel to DNJ

Dear Judge Swain:

I represent Jesus Alberto Bautista Suero on the above captioned matter. I am writing to respectfully request an amendment of Mr. Suero's Pre-Trial conditions to include travel to the District of New Jersey to allow him to visit his family.

I have conferred with Pre-Trial Officer Ashley Cosme who supervises Mr. Suero and she consents to this request. On August 14, 2024, I have reached out to the U.S. Attorney's Office to ascertain their position but have not hear back.

I am therefore respectfully requesting that Mr. Suero's conditions be revised to permit travel to the District of New Jersey. Thank you for your time and consideration of this request.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
Counsel for Jesus Alberto Bautista Suero

cc: All parties of record (via ECF)

The foregoing request is granted. Mr. Suero is permitted to travel to the District of New Jersey but is required to provide advance notice of any travel to the District of New Jersey to his Pre-Trail Officer. This resolves docket entry no. 195. SO ORDERED.

Dated: August 16, 2024
/s/ Laura Taylor Swain, Chief U.S.D.J.