**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**MEMO ENDORSED**

February 24, 2025

**BY ECF**

The Honorable Laura T. Swain
United States Chief Judge
500 Pearl Street
New York, New York 10007

***Re: United States v. Castillo et al.*, 23 Cr. 279 (LTS)**

Dear Judge Swain,

The Government, with the consent of defendant Gerard Valentine Frias,[1] respectfully submits this letter to request a 30-day adjournment of the next status conference, currently scheduled for February 26, 2025, at 11 a.m. The parties are available on either March 26, 2025 at 11:30 a.m. or March 27, 2025, at 11 a.m. The Government, with consent of defense counsel for Valentine Frias, to exclude time under the Speedy Trial Act until the next scheduled conference to allow time for the parties to continue to engage in discussions regarding pretrial dispositions.

The Government has been in plea negotiations with counsel for defendants Gerard Valentine Frias and Edwin Ramirez, and we hope to have a disposition as to those defendants shortly.

The foregoing request is granted. The pretrial conference is hereby adjourned until **March 26, 2025, at 11:30 a.m.** The Court notes that speedy trial time for all defendants has been excluded through May 5, 2025. DE 277 resolved.
SO ORDERED.
2/25/2025
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

by: ______________________________
Ni Qian
James Ligtenberg
Assistant United States Attorney
(212) 637-2364 / 2665

cc: all counsel (via ECF)

[1] Despite several attempts to reach counsel for defendant Edwin Ramirez, the Government has not been able to speak with counsel for Ramirez.